UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CLADirect, Inc

v.                                                              Case Number: 4:19–cv–00553

Bariven S.A, , et al.

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Ewing Werlein, Jr

**PLACE:**
Room 11521
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 7/19/2019

**TIME:** 02:15 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   June 4, 2019

David J. Bradley, Clerk