United States District Court
Southern District of Texas
**ENTERED**
July 08, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLADIRECT, INC. | § § § § | |
| V. | § § | CIVIL ACTION NO. 4:19-cv-00553 |
| BARIVEN, S.A., PDVSA SERVICES, INC., AND PDVSA SERVICES, B.V. | § § § | |

## ORDER

Having considered the Agreed Motion for Continuance of the July 19, 2019 Initial Pretrial and Scheduling Conference ("Motion"), the Motion is hereby GRANTED. The Court hereby RESETS the Initial Pretrial and Scheduling Conference for August 16, 2019 at 2:45 p.m. in Room 11521.

Signed on this 8TH day of July, 2019

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE